**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                    CASE NO. 3:09CR87 LAC

HENRY RICHARD HALE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   August 31, 2009
Motion/Pleadings: MOTION TO UNSEAL INDICTMENT
Filed by GOVERNMENT    on 8/31/09    Doc.# 8

RESPONSES:

                                      on          Doc.#
                                      on         Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/Mary Maloy*
LC (1 OR 2)                          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 31st day of August, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                       s/*L.A. Collier*
                                                   ***LACEY A. COLLIER***
                                           *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

                                        Document No.