**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                             Case No. 3:09cr87/LAC

**HENRY RICHARD HALE**

_____

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **HENRY RICHARD HALE,** of the defendant's interests in:

- a. Glock .45 caliber pistol;
- b. Rossi .243 caliber rifle, Model 243;
- c. Fabrica De Armas 7 mm rifle;
- d. Savage Arms 12 gauge shotgun, Model 511;
- e. Meriden 12 gauge shotgun;
- f. Swedish 8 mm rifle, Model 1938;
- g. Mossberg .22 caliber rifle, Model 151 M;
- h. Remington .22 caliber bolt action rifle, Model 510 Target Master;
- i. Marlin Arms .22 caliber rifle, Glenfield Model 60;
- j. Marlin Arms .22 caliber rifle, Glenfield Model 60;
- k. Remington 20 gauge pump action shotgun;
- l. Mossberg 12 gauge shotgun, Model 500AG;
- m. Hunter Arms Company 12 gauge shotgun, Model LC Smith;
- n. Harrington and Richarson 20 gauge shotgun, Model Topper Buck 162;
- o. Savage Arms 12 gauge shotgun, Model 94;
- p. Savage Arms 12 gauge shotgun, Model Stevens;
- q. Savage Arms 20 gauge shotgun, Model 94H;
- r. Ruger .22 caliber rifle, Model 10-22;
- s. Norinco SKS 7.62 rifle;
- t. Norinco SKS 7.62 rifle;

u. Remington .22 caliber rifle, Model Field Master 121;
v. Savage Arms 12 gauge shotgun, Model 1240;
w. Chinese manufactured rifle;
x. Marlin Firearms Company 12 gauge shotgun, Model 55;
y. High Standard .22 caliber pistol, Model B;
z. Phoenix Arms .22 caliber pistol, Model 22A;
aa. Taurus .40 caliber pistol, Model PT140;
bb. Colt .45 caliber pistol, Model 1927;
cc. Browning .22 caliber pistol, Model Buck Mark;
dd. Fabrica Armi .22 caliber revolver, Model 1960;
ee. Tactical load bearing vests;
ff. Firearm cases and sleeves;
gg. Firearm holsters;
hh. Firearm magazines;
ii. Firearm boxes; and
jj. Four thousand and eighty nine (4089) rounds of ammunition

involved in the violations set forth in Count One through Eleven of said Indictment (Doc. 3);

AND WHEREAS, on or about September 25, 2009, the defendant, **HENRY RICHARD HALE,** pled guilty to Counts One through Eleven and specifically consented to the forfeiture of the firearms, ammunition and other items listed above and in the Indictment in subparagraphs a through z and aa through jj (Doc. 23);

THEREFORE, by virtue of said guilty plea, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Federal Rules of Criminal Procedure Rule 32.2, Title 18, United States Code, Section 3051 and Title 26, United States Code, Section 5872.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.    That the defendant, **HENRY RICHARD HALE'S**, right, title and interest to all of the property listed in subparagraphs a through z and aa through jj, identified above and in the Indictment, is hereby condemned, forfeited and vested in the United States of America.

2.    The property subject to forfeiture in this Order is listed in subparagraphs a through z and aa through jj of the Indictment.

3.    That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **HENRY RICHARD HALE,** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 5th day of October, 2009.

                                          s/*L.A. Collier*
                                          LACEY A. COLLIER
                                          SENIOR U.S. DISTRICT JUDGE